| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-02108 |
|---|---|---|---|
| ALARM.COM INCORPORATED and ICN AQUISITION, LLC ||||
| *versus* ||||
| IPDATATEL, LLC ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Andrea L. Savageau<br>Faegre Baker Daniels LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>612-766-7000<br>andrea.savageau@FaegreBD.com<br>Admitted in State of Minnesota (#399904) on 12/19/2018<br>United States District Court for the District of Minnesota (#399904) |
|---|---|

| Name of party applicant seeks to appear for: | ipDataTel, LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated:<br>12/21/2018 | Signed: *Andrea Savageau* |
|---|---|

| The state bar reports that the applicant's status is: ||
|---|---|
| Dated: | Clerk's signature |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____   _____
                                  United States District Judge