# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ALARM.COM INCORPORATED and ICN ACQUISITION, LLC, | ) ) ) |
| Plaintiffs, | ) ) ) CASE NO.: 4:18-cv-02108 |
| v. | ) ) **JURY TRIAL DEMANDED** |
| IPDATATEL, LLC, | ) ) |
| Defendant. | ) ) ) |

**PLAINTIFFS ALARM.COM INCORPORATED AND ICN ACQUISITION, LLC'S
SUPPLEMENTAL RESPONSE PURSUANT TO ORDER (D.I. 126)**

Pursuant to the Court's November 20, 2018 Order (D.I. 126) requiring the parties to explain the relationship between the October 2018 claim-construction opinion and order and ipDataTel's renewed motion to dismiss, Plaintiffs Alarm.com Incorporated and ICN Acquisition, LLC ("Alarm.com") hereby notify the Court of certain developments relating to U.S. Patent No. 9,141,276 ("the '276 patent").

On January 17, 2019, Alarm.com filed a Request for a Certificate of Correction, asking that the U.S. Patent and Trademark Office ("USPTO") correct errors in the claims of the '276 patent. *See* Exhibit 1.

On February 26, 2019, the USPTO approved Alarm.com's request and forwarded it to the Certificate of Corrections Branch for issuance. *See* Exhibit 2. Thus, the Certification of Correction will issue in the near future.

To this end, to the extent the operative complaint is amended to include the Certificate of Correction for the '276 patent, and to the extent such an amendment is needed, Alarm.com believes the Court's October 19, 2018 indefiniteness determination (D.I. 122) with respect to the '276 patent is moot.

Dated:  February 27, 2019         */s/ Ryan R. Smith*
                                  James C. Yoon (CA State Bar No. 177155)
                                  jyoon@wsgr.com
                                  Ryan R. Smith (CA State Bar No. 229323)
                                  rsmith@wsgr.com
                                  Mary Procaccio-Flowers (CA State Bar No. 286936)
                                  mprocaccioflowers@wsgr.com
                                  WILSON SONSINI GOODRICH & ROSATI, P.C.
                                  650 Page Mill Road
                                  Palo Alto, CA 94304-1050
                                  Telephone: (650) 493-9300
                                  Fax: (650) 493-6811

                                  *Attorneys for Plaintiffs Alarm.com Incorporated and ICN Acquisition, LLC*

-2-

## CERTIFICATE OF SERVICE

I hereby certify, pursuant to Local Rule 5.3, that on February 27, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which sent notification to all counsel of record.

*/s/ Ryan R. Smith*